Sadie B. Stafford, Appellant, v. City of Chicago, a Municipal Corporation, Appellee.

Gen. No. 47,002.

First District, Third Division.

May 29, 1957.

Released for publication June 20, 1957.

Milroy R. Blowitz and Nat P. Ozmon (Ben Copple, of counsel) for appellant; John C. Melaniphy, Acting Corporation Counsel of the City of Chicago (L. Louis Karton, Head of Appeals and Review Division, and John B. Conlan, Jr., Assistant Corporation Counsel, of counsel) for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.